UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 848,<br><br>    Plaintiff,<br><br>vs.<br><br>MV TRANSPORTATION, INC.,<br><br>    Defendant. | CASE NO. 2:19-cv-05849<br><br>**[PROPOSED] ORDER OF DISMISSAL** _____ |
|---|---|

The parties' Joint Stipulation of Dismissal, filed December 17, 2021, is approved. The entire action, including all claims stated herein, is hereby dismissed with prejudice.

DATED: _____

                                                  Hon. Christina A. Snyder
                                                  United States District Judge